*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 2, 2015                    520000
_____

In the Matter of the Claim of
    RANDY B. KRAVITZ,
                        Appellant.

COMMISSIONER OF LABOR,                   MEMORANDUM AND ORDER
                        Respondent.
_____

Calendar Date:  May 5, 2015

Before:  Peters, P.J., McCarthy, Rose and Devine, JJ.

_____

        Randy B. Kravitz, Melville, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed April 15, 2014, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because her employment was terminated due to misconduct.

        Decision affirmed.  No opinion.

        Peters, P.J., McCarthy, Rose and Devine, JJ., concur.

ORDERED that the decision is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court